UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**24-20078-CR-GAYLES/GOODMAN**
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

FILED BY ___MP___ D.C.
Mar 7, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: March 7, 2024

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____[signature]_____
Will J. Rosenzweig
Assistant United States Attorney
Court ID No. A5502698
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel.: 305-961-9403
Email: will.rosenzweig@usdoj.gov