UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20078-GRAHAM

UNITED STATES OF AMERICA,

v.

MARCELO KOCHEN,
MICHAEL KOCHEN, and
SANDRO HEREK,

       Defendants.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant United States Attorney has been assigned to the above captioned case.

          Respectfully submitted,

          JASON A. REDING QUIÑONES
          UNITED STATES ATTORNEY

          By: */s/ Roger Cruz*
              Roger Cruz
              Assistant United States Attorney
              99 Northeast Fourth Street, 4th Floor
              Miami, Florida 33132-2111
              Telephone: (305) 961-9207
              E-Mail: roger.cruz@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 03, 2025, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                              */s/ Roger Cruz*
                              Roger Cruz
                              Assistant United States Attorney